RUNEY D. PERRINE, PROSECUTOR-APPELLANT, v. THE TOWNSHIP OF WASHINGTON, IN THE COUNTY OF MERCER, DEFENDANT-RESPONDENT.

Submitted February 17, 1933—Decided April 27, 1933.

For the appellant, *Aaron V. Dawes.*

For the respondent, *Harvey T. Satterthwaite.*

PER CURIAM.

The judgment under review will be affirmed, for the reasons stated by Mr. Justice Trenchard in his memorandum to counsel set forth above.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 14.

*For reversal*—None.